IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JAMES BELLINGER,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>Respondent. | No. 2:23-CV-1043-DAD-DMC-P<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's petition for a writ of habeas corpus, ECF No. 5.

Rule 4 of the Federal Rules Governing Section 2254 Cases provides for summary dismissal of a habeas petition "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court." In the instant case, it is plain that Petitioner is not entitled to federal habeas relief.

In the original petition, Petitioner answers many of the question on the form habeas petition with "n/a." See ECF No. 1. Petitioner does not identify the court of conviction or any details related to the conviction and sentence being challenged, other than he pleaded not guilty and that his case went to trial before a jury. See id. at 1. Petitioner provided no details

1

regarding direct review or post-conviction actions in state court. See id. at 2. For Ground One, Petitioner states "no more. . . ." and for Ground Two, Petitioner states "no more stated, thank you, no more." Id. at 4. Petitioner similarly states for Ground Three and Ground Four. See id. at 5. On July 24, 2023, the Court issued an order advising Petitioner that his petition was defective. See ECF No. 4. Petitioner was directed to file a first amended petition. See id.

Petitioner filed a first amended petition which is almost the same as the original petition, specifically in that Petitioner does not articulate any cognizable grounds for relief, identify any information concerning state court proceedings, set forth any supporting facts, or state a request for relief. See ECF No. 5.

Based on the foregoing, the undersigned recommends that this action be summarily dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 18, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE